# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:147-CV-666 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GUADALUPE NOYOLA, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 17). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 20). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for entry of clerk's default. (ECF No. 36).

Also before the court is defendants Maria Gonzalez's and Ramon Hernandez's motion to dismiss and sever. (ECF No. 30).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 20-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate. The remaining first-named defendant who will not be dismissed is Guadalupe Noyola.

**James C. Mahan**
**U.S. District Judge**

Plaintiff's motion for entry of clerk's default names defendant Guadalupe Noyola among other defendants. (ECF No. 36). With regard to the other defendants, who are dismissed from this action per this order, the motion for entry of clerk's default is denied in part as moot. With regard to defendant Noyola, the motion is granted.

Plaintiff filed the operative amended complaint in this action on June 9, 2017. (ECF No. 16). Summons issued on July 3, 2017. (ECF No. 22). Defendant Guadalupe Noyola was served on July 18, 2017, and the summons returned executed on July 28, 2017. (ECF No. 28). Defendant Noyola's answer to the complaint was due by August 8, 2017.

August 8, 2017 came and passed and defendant Noyola failed to file an answer. To date, Noyola has still not answered the complaint or otherwise appeared in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), the clerk will enter default against defendant Guadalupe Noyola.

Defendants Maria Gonzalez and Ramon Hernandez filed a motion to dismiss and sever, essentially asking this court to adopt the report and recommendation. (ECF No. 30). By adopting the report and recommendation and dismissing Gonzalez and Hernandez from this action, this order renders their motion moot.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 17) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Guadalupe Noyola be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (ECF No. 36) be, and the same hereby is, GRANTED in part and DENIED in part as follows: the clerk will enter default against only defendant Guadalupe Noyola, but not any other defendant.

…

…

…

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that defendants' motion to dismiss and sever (ECF No. 30) is DENIED as moot.

DATED November 17, 2017.

_____
UNITED STATES DISTRICT JUDGE